**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| ARRIC PLOCH ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 4:12-cv-00310 |
| ) | |
| ) | |
| FIRSTSOURCE ADVANTAGE LLC ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, Arric Ploch, and defendant, Firstsource Advantage, LLC jointly stipulate to the dismissal of all claims against Firstsource Advantage, LLC, each party to bear his/its own costs and fees.

Dated: November 14, 2012.


s/ James W. Eason_____
JAMES W. EASON, #57112MO
EASON & VOYTAS, LLC
1 North Taylor Avenue
St. Louis, Missouri 63108
Phone: (314) 932-1066
Fax:    (314) 667-3161

s/Patrick T. McLaughlin
Patrick T. McLaughlin, Esq.
SPENCER FANE BRITT & BROWNE LLP
1 North Brentwood Blvd. Suite 1000
St. Louis, MO 63105
pmclaughlin@spencerfane.com
(314) 863-7733